James RICHARDSON, Petitioner-Appellant,

v.

Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.

No. 71-2254

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Dec. 10, 1971.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The District Court denied Richardson, a state prisoner, the writ of habeas corpus. The denial of a previous petition was affirmed, Richardson v. State of Texas, 5 Cir., 1970, 425 F.2d 1372. There is no material difference between the instant petition and that considered by this Court on the prior appeal. Such differences as do exist are plainly without merit.[1]

Under Local Rule 21[2] the judgment is

Affirmed.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. The new complaint, raised on this petition, alleges denial of counsel during a line-up.

---

Rudolph GIBSON, Petitioner-Appellant,

v.

L. L. WAINWRIGHT, Director, Florida Division of Corrections, Respondent-Appellee.

No. 71-2268

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 4, 1972.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

This habeas corpus appellant, Rudolph Gibson, is a prisoner of the State of Florida, convicted of the armed robbery of a supermarket at the point of a sawed off shotgun, appeals the denial of his application for the writ. We affirm the judgment of the District Court under the provisions of our Local Rule 21.[1a]

Affirmed.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

1a. See NLRB v. Amalgamated, Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.